FILED

12 DEC 13 PM 3:40

[CLERK US DISTRICT COURT]
[SOUTHERN DISTRICT OF CALIFORNIA]

___ ~~~ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MINA CHAU, individually; doing business as TORO SUSHI RESTAURANT, also known as TORO SUSHI<br><br>Defendant. | CASE NO. 11cv1821 WQH (BGS)<br><br>~~ORDER~~ JUDGMENT  (mdc) |

HAYES, Judge:

The Summons and Complaint in this action having been duly served on September 2, 2012, upon the Defendant, MINA CHAU, Individually, and d/b/a TORO SUSHI RESTAURANT, a/k/a TORO SUSHI, through attorney, Kate Martin, Esq., on behalf of Defendant, MINA CHAU, Individually, and d/b/a TORO SUSHI RESTAURANT, a/k/a TORO SUSHI, as to Claim One of Plaintiff's Complaint, as set forth in the Acknowledgment of Service and the Waiver of Service filed on September 27, 2011, ECF Documents number 4 and 5, and said Defendant having failed to plead or otherwise appear in this action, and the Defendants default having been entered by the Clerk on July 18, 2012, ECF Document No. 18,

**NOW**, on motion of WAYNE D. LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby:

**ORDERED AND ADJUDGED** that DIRECTV, INC., does recover of MINA CHAU,

1 | Individually, and d/b/a TORO SUSHI RESTAURANT, a/k/a TORO SUSHI, a total award of FOUR
2 | THOUSAND, FIVE HUNDRED TWENTY TWO DOLLARS AND FIFTY CENTS ($4,522.50),
3 | consisting of:

    1)    ONE THOUSAND DOLLARS ($1,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) and

    2)    Costs and Attorney's fees of THREE THOUSAND FIVE HUNDRED TWENTY TWO DOLLARS AND FIFTY CENTS ($3,522.50) pursuant to 47 U.S.C. § 605(e)(3)(B)(iii).

DATED: 12/13/12

WILLIAM Q. HAYES
United States District Judge